# United States Court of Appeals for the Federal Circuit

## 2011-1555: TRANSOCEAN V MAERSK

U.S. District Court
Southern District of Texas
Judge Kenneth M. Hoyt

Lower Court/Agency #: 07-CV-2392
Nature of Suit: 830
Case Type: Civil Private
DCT Type: Infringement
Basis of Jurisdiction: Federal Question

Notice of Appeal and Certified List Received: 08/31/2011
Notice of Appeal Filed: 08/26/2011
Docketed and Notice Sent to Parties: 09/01/2011
Certified List Filed: 09/01/2011

Fee Paid: 08/26/2011
Fee Amount: 455.00     Receipt No: 8509072

| **Date** | **Event Summary** |
| --- | --- |
|  | Nothing Due |
| 10/31/2011 | Appellant Principal Brief Filing Date |
| 01/12/2012 | Appellee or Cross Appellant Principal Brief Filing Date |
| 02/09/2012 | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 02/16/2012 | Appendix Filing Date |
| 08/07/2012 | Oral Argument Date/Calendared |
| 11/15/2012 | Disposition: Reversed; Panel |
| 02/28/2013 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-1555:  TRANSOCEAN V MAERSK

## List of Parties/Representation

**Party Type/Name**  |  **Represented by**

**Plaintiff-Appellant**

Transocean Offshore Deepwater Drilling, Inc.

    Charles B. Walker, Jr.
      Fulbright & Jaworski L.L.P.
      1301 McKinney
      Suite 5100
      Houston, TX  77010-3095
      Phone #: (713)651-5203
      Fax #: (713)651-5246
      Email: cwalker@fulbright.com
      Bar admit: 09/07/1999
      EOA Filed: 09/15/2011
      Principal Attorney

    Jonathan Saul Franklin
      Fulbright & Jaworski L.L.P.
      801 Pennsylvania Avenue, NW
      Washington, DC  20004-2615
      Phone #: (202)662-0466
      Fax #: (202)662-4643
      Email: jfranklin@fulbright.com
      Bar admit: 10/05/1992
      EOA Filed: 09/21/2011

    Warren S. Huang
      Fulbright & Jaworski L.L.P.
      Email: whuang@fulbright.com
      Bar admit: 08/21/2001
      EOA Filed: 09/15/2011

# United States Court of Appeals for the Federal Circuit

## 2011-1555:  TRANSOCEAN V MAERSK

| Party Type/Name | Represented by |
|---|---|

**Defendant-Appellee**

Maersk Drilling USA, Inc.

William H. Frankel
  Brinks, Hofer, Gilson & Lione
  455 North Cityfront Plaza Drive
  Suite 3600
  Chicago, IL  60611-5599
  Phone #: (312)321-4200
  Fax #: (312)321-4299
  Email: wfrankel@usebrinks.com
  Bar admit: 03/10/1983
  EOA Filed: 09/15/2011
  Principal Attorney

Paul D. Clement
  Bancroft, PLLC
  1919 M Street, N.W.
  Washington, DC  20036
  Phone #: (202)234-0090
  Fax #: (202)234-2806
  Email: pclement@bancroftpllc.com
  Bar admit: 04/19/2000
  EOA Filed: 01/15/2013

David Zachary Hudson
  Bancroft Associates
  1919 M Street, N.W.
  Suite 470
  Washington, DC  20036
  Phone #: (202)234-0090
  Fax #: (202)234-2806
  Email: zhudson@bancroftpllc.com
  Bar admit: 03/01/2012
  EOA Filed: 01/15/2013

# United States Court of Appeals for the Federal Circuit

## 2011-1555:  TRANSOCEAN V MAERSK

| Party Type/Name | Represented by |
|---|---|
| | David H. Bluestone<br>  Brinks, Hofer, Gilson & Lione<br>  Email: dbluestone@usebrinks.com<br>  Bar admit: 12/27/2004<br>  EOA Filed: 09/15/2011 |
| | Roy E. Hofer<br>  Brinks, Hofer, Gilson & Lione<br>  Email: rhofer@brinkshofer.com<br>  Bar admit: 12/01/1982<br>  EOA Filed: 12/05/2011 |
| | David P. Lindner<br>  Brinks, Hofer, Gilson & Lione<br>  Email: dlindner@brinkshofer.com<br>  Bar admit: 09/15/2009<br>  EOA Filed: 09/15/2011 |
| | Laura A. Lydigsen<br>  Brinks, Hofer, Gilson & Lione<br>  Email: llydigsen@usebrinks.com<br>  Bar admit: 06/05/2006<br>  EOA Filed: 09/15/2011 |
| | Lee L. Kaplan<br>  Smyser, Kaplan & Veselka, L.L.P.<br>  700 Louisiana<br>  Suite 2300<br>  Houston, TX  77002<br>  Phone #: (713)221-2323<br>  Fax #: (713)221-2320<br>  Email: lkaplan@skv.com<br>  Bar admit: 10/23/1985<br>  EOA Filed: 09/15/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-1555:  TRANSOCEAN V MAERSK

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 09/01/2011 | F | 1 | Appeal docketed on 09/01/2011. EOD(09/01/2011 by SJ) 2011-1555 |
| 09/01/2011 | O | 2 | Official Caption.  Court Service - 09/01/11.  Filed: 09/01/11. REV(09/01/11 by SJ)  2011-1555 |
| 09/16/2011 | O | 3 | Certificate of Interest for Appellant Transocean Offshore Deepwater Drilling, Inc.  Mail Service - 09/14/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |
| 09/16/2011 | O | 4 | Entry of Appearance for Charles B. Walker as principal counsel for Appellant Transcean Offshore Deepwater Drilling, Inc. Mail Service - 09/14/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |
| 09/16/2011 | O | 5 | Entry of Appearance for Warren S. Huang as of counsel for Appellant Transocean Offshore Deepwater Drilling, Inc.  Mail Service - 09/14/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |
| 09/16/2011 | O | 6 | Docketing Statement filed for Appellant Transocean Offshore Deepwater Drilling, Inc.  Mail Service - 09/14/11.  Filed: 09/15/11. REV(09/16/11 by VW)  2011-1555 |
| 09/16/2011 | O | 7 | Entry of Appearance for William H. Frankel as principal attorney for Appellee, Maersk Contractors USA, Inc.  Mail Service - 09/15/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |
| 09/16/2011 | O | 8 | Entry of Appearance for David H. Bluestone as of counsel for Appellee, Maersk Contractors USA, Inc.  Mail Service - 09/15/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |
| 09/16/2011 | O | 9 | Entry of Appearance for David P. Lindner as of counsel for Appellee, Maersk Contractors USA, Inc.  Mail Service - 09/15/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |
| 09/16/2011 | O | 10 | Entry of Appearance for Lee L. Kaplan as of counsel for Appellee, Maersk Contractors USA, Inc.  Mail Service - 09/15/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |
| 09/16/2011 | O | 11 | Entry of Appearance for Laura A. Lydigsen as of counsel for Appellee, Maersk Contractors USA, Inc.  Mail Service - 09/15/11.  Filed: 09/15/11. REV(09/16/11 by SCN)  2011-1555 |

# United States Court of Appeals for the Federal Circuit

## 2011-1555: TRANSOCEAN V MAERSK

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 09/16/2011 | O | 12 | Certificate of Interest for Appellee, Maersk Contractors USA, Inc. Mail Service - 09/15/11. Filed: 09/15/11. REV(09/16/11 by SCN) 2011-1555 |
| 09/16/2011 | O | 13 | Docketing Statement filed for Appellee Maersk Contractors USA, Inc. Mail Service - 09/15/11. Filed: 09/15/11. REV(09/16/11 by VW) 2011-1555 |
| 09/21/2011 | O | 14 | Appellant Transocean Offshore Deepwater Drilling, Inc.'s Objection to Official Caption. (sent to SSA) Mail Service - 09/14/11. Filed: 09/15/11. REV(09/21/11 by VW) 2011-1555 |
| 09/22/2011 | O | 15 | Entry of Appearance for Jonathan Franklin, as counsel on behalf of the Plaintiff-Appellant, Transocean Offshore Deepwater Drilling, Inc. Mail Service - 09/21/11. Filed: 09/21/11. REV(09/22/11 by C_C) 2011-1555 |
| 10/12/2011 | O | 16 | Transcript Purchase Order Form from the appellant, Transocearn Offshore Deepwater Drilling, indicating that a transcript is already on file. No Service Required. Received: 09/14/11. REV(10/12/11 by SRM) 2011-1555 |
| 10/17/2011 | O | 17 | Appellant Transocean Offshore Deepwater Drilling, Inc., Certificate of Compliance with FCR 11(d). Mail Service - 10/12/11. Filed: 10/13/11. REV(10/17/11 by MDB) 2011-1555 |
| 10/17/2011 | O | 18 | Appellee Maersk Contractors USA, Inc., Certificate of Compliance with FCR 11(d). Mail Service - 10/13/11. Filed: 10/14/11. REV(10/17/11 by MDB) 2011-1555 |
| 10/20/2011 | O | 19 | Ordered: Upon consideration of Transocean Offshore Deepwater Drilling, Inc.'s motion to reform the caption, it is ordered that: The motion is granted. The revised official caption is reflected in the order. By: Clerk. Court Service - 10/20/11. Filed: 10/20/11. REV(10/20/11 by LS) 2011-1555 |
| 10/20/2011 | O | 20 | Official caption revised pursuant to this court's order dated October 20, 2011. Court Service - 10/20/11. Filed: 10/20/11. REV(10/20/11 by LS) 2011-1555 |
| 11/02/2011 | B | 21 | Transocean Offshore Deepwater Drilling, Inc. [Appellant] - Brief for Appellant. Mail Service-10/31/11. Filed: 10/31/11. REV(11/02/11 by SEW) 2011-1555 |
| 12/08/2011 | O | 22 | Entry of appearance for Roy E. Hofer as counsel on behalf of Maersk Drilling USA, Inc. Mail Service - 12/02/11. Filed: 12/05/11. REV(12/08/11 by SCN) 2011-1555 |
| 12/08/2011 | O | 23 | Certificate of Interest for appellee Maersk Drilling USA, Inc. Mail Service - 12/02/11. Filed: 12/05/11. REV(12/08/11 by SCN) 2011-1555 |

# United States Court of Appeals for the Federal Circuit

## 2011-1555: TRANSOCEAN V MAERSK

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 12/08/2011 | M | 24 | Appellee [Maersk Drilling USA, Inc.] - Unopposed Motion to extend the deadlilne to file and serve its opening brief.  Mail Service - 12/08/11. Filed: 12/08/11. On consent. Action on Motion (25): Motion granted. Maersk Drilling USA, Inc.'s opposition brief is due January 12, 2012. by Clerk. Filed: 12/13/11. EOD(12/08/11 by LRP)  REV(12/13/11 by LS)  2011-1555 |
| 01/17/2012 | M | 26 | Appellant [Transocean Offshore Deepwater Drilling, Inc.] - Unopposed Motion for a fourteen day extension of time to file reply brief.  Mail Service - 01/13/12. Filed: 01/13/12. On consent. Action on Motion (28): Motion granted. Transocean's reply brief is due February 9, 2012. by Clerk. Filed: 01/19/12. EOD(01/17/12 by LRP)  REV(01/19/12 by LS)  2011-1555 |
| 01/17/2012 | B | 27 | Maersk Drilling USA, Inc. [Appellee] - Brief for Defendant Appellee, Maersk Drilling USA, Inc. Mail Service-01/12/12. Filed: 01/12/12.  REV(01/17/12 by C_C)  2011-1555 |
| 02/13/2012 | B | 29 | Transocean Offshore Deepwater Drilling, Inc. [Appellant] - Reply Brief for Appellant. Mail Service-02/09/12. Filed: 02/09/12.  REV(02/13/12 by SEW)  2011-1555 |
| 02/21/2012 | O | 30 | Letter of counsel for appellee Maersk Drilling USA requesting that oral argument not be scheduled for the month of May, 2012. (Wants either before May 2 or after June 2, 2012.  (Senior Deputy Clerk noted))  Mail Service - 02/17/12.  Received: 02/21/12. REV(02/21/12 by KSH)  2011-1555 |
| 02/21/2012 | B | 31 | Transocean Offshore Deepwater Drilling, Inc. [Appellant] - Joint Appendix (Three Volumes). Mail Service-02/16/12. Filed: 02/16/12.  REV(02/21/12 by SEW)  2011-1555 |
| 02/24/2012 | O | 32 | Joint Statement of Compliance with FCR 33.  Mail Service - 02/15/12.  Filed: 02/16/12. REV(02/24/12 by MDB)  2011-1555 |
| 06/22/2012 | O | 33 | NOTICE OF CALENDARING issued.<br>Panel: 1208B on August 7, 2012.  Entered: 06/22/2012. (EOD 06/22/2012 by KSH) 2011-1555 |
| 07/13/2012 | O | 34 | Response to Oral Argument Order from the appellee, Maersk Drilling USA Inc., stating that William H. Frankel will argue. Mail Service - 07/12/12.  Received: 07/13/12. REV(07/13/12 by EO)  2011-1555 |

# United States Court of Appeals for the Federal Circuit

## 2011-1555: TRANSOCEAN V MAERSK

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 07/13/2012 | M | 35 | Appellee [Maersk Drilling USA, Inc.] - Maersk Drilling USA, Inc.'s Unopposed Motion to Supplement the Joint Appendix. [joint appendix submitted with motion] [NPF]  Mail Service - 07/12/12. Filed: 07/13/12. On consent. Action on Motion (39): Granted. by Merits Panel. Filed: 07/17/12. EOD(07/13/12 by KSH)  REV(11/15/12 by VW)  2011-1555 |
| 07/17/2012 | O | 36 | Response to Oral Argument Order from the appellant, Transocean Offshore Deepwater Drilling Inc., stating that Charles B. Walker will argue.  Mail Service - 07/13/12. Received: 07/16/12. REV(07/17/12 by EO)  2011-1555 |
| 08/07/2012 | O | 37 | Submitted after ORAL ARGUMENT by Charles B. Walker and William H. Frankel. Panel: Prost, Moore and Wallach.  Entered: 08/07/2012. (EOD 08/07/2012 by KSH) 2011-1555 |
| 08/13/2012 | O | 38 | Appellant Transocean Offshore Deepwater's Citation of Supplemental Authority pursuant to Rule 28(j).  (sent to panel)  Mail Service - 08/10/12.  Received: 08/13/12. REV(08/13/12 by LRP)  2011-1555 |
| 11/15/2012 | D | 40 | Disposition: Reversed by Panel. Precedential Opinion by: J. Moore. Judgment Entered: 11/15/12. Costs against Appellee. Opinion sent to parties: 11/15/12. Filed: 11/15/12. Mandate issued to the DCT: 02/28/13. REV (02/28/13 by VW) 2011-1555 |
| 12/06/2012 | M | 41 | Appellee [Maersk Drilling USA, Inc.] - Defendant-Appellee Maersk Drilling USA, Inc.'s Unopposed Motion to Extend the Deadline to File Its Petition for Rehearing and/or Rehearing En Banc  Mail Service - 12/05/12. Filed: 12/06/12. Action on Motion (42): The motion is granted.  Maersk's petition is due by January 16, 2013.  No further extensions will be granted. by Merits Panel. Filed: 12/06/12. EOD(12/06/12 by LB)  REV(12/12/12 by CS)  2011-1555 |
| 01/16/2013 | P | 43 | Appellee [Maersk Drilling USA, Inc.] - Combined Petition for Panel Rehearing and Rehearing En Banc  Mail Service- 01/16/13. Filed: 01/16/13. Petition Circulated: 01/16/13. En Banc circulated: 02/05/13. Petition/En Banc Action(49): Denied/Denied on 02/21/13. REV(02/21/13 by LB)  2011-1555 |
| 01/17/2013 | O | 44 | Entry of Appearance for Paul D. Clement as counsel on behalf of the appellee, Maersk Drilling USA Inc.  Mail Service - 01/14/13.  Filed: 01/15/13. REV(01/17/13 by AD_)  2011-1555 |

# United States Court of Appeals for the Federal Circuit

## 2011-1555:  TRANSOCEAN V MAERSK

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/17/2013 | O | 45 | Entry of Appearance for D. Zachary Hudson as counsel on behalf of the appellee, Maersk Drilling USA Inc.  Mail Service - 01/14/13.  Filed: 01/15/13. REV(01/17/13 by AD_)  2011-1555 |
| 02/05/2013 | M | 46 | Other [Seadrill Americas Inc.] - Motion for Leave to File Brief of Amicus Curiae Seadrill Americas Inc. in Support of Petition for Rehearing or Rehearing En Banc [NPF]  Mail Service - 01/30/13. Filed: 01/31/13. Action on Motion (48): The motion is denied. by Merits Panel. Filed: 02/05/13. EOD(02/05/13 by LB)  2011-1555 |
| 02/05/2013 | O | 47 | Errata sheet to the precedential opinion issued November 15, 2012  Court Service - 02/05/13.  Filed: 02/05/13. REV(02/05/13 by LB)  2011-1555 |
| 04/26/2013 | O | 50 | Notice from the Clerk of the Supreme Court of the United States of an extension of time until July 8, 2013 to file a petition for a writ of certiorari  No Service Required.  Received: 04/12/13. REV(04/26/13 by LB)  2011-1555 |
| 07/12/2013 | S | 51 | Petition for Writ of Certiorari filed 07/06/13, Supreme Court #: 13-43.  REV(07/12/13 by LB)  2011-1555 |
| 07/12/2013 | O | 52 | Notice from the Clerk of the Supreme Court of the United States that a petition for a writ of certiorari was filed on July 6, 2013 and placed on the docket as No. 13-43, Maersk Drilling USA, Inc. v. Transocean Offshore Deepwater Drilling, Inc.  No Service Required.  Received: 07/10/13. REV(07/12/13 by LB)  2011-1555 |